# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** ) ) ) | |
| **v.** ) ) ) | **CR. NO. 2:08cr63-WKW** |
| **STANLEY SARGENT** ) ) | |

## MOTION FOR LEAVE TO DISMISS INDICTMENT

Comes now the United States of America by and through its Attorney for the Middle District of Alabama and moves the Court for leave to dismiss the Indictment heretofore filed on March 14, 2008, in the above styled cause, on the following grounds, to wit:

Death of defendant.  *See* Exhibit 1.

Respectfully submitted this the 5th day of August, 2008.

                                              Respectfully submitted,

                                              LEURA GARRETT CANARY
                                              UNITED STATES ATTORNEY


                                              /s/ Christopher A. Snyder
                                              CHRISTOPHER A. SNYDER
                                              Assistant United States Attorney
                                              131 Clayton Street
                                              Montgomery, Alabama 36104
                                              Telephone: (334) 223-7280
                                              Fax: (334) 223-7135

## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **CR. NO. 2:08cr63-WKW** |
| ) | |
| **STANLEY SARGENT** ) | |
| ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2008, I electronically filed the foregoing with the Clerk of Court, using the CM/ECF system, which will send notification of such filing to Aylia McKee, Esq.

    Respectfully submitted,
    LEURA G. CANARY
    UNITED STATES ATTORNEY

    /s/ Christopher A. Snyder
    CHRISTOPHER A. SNYDER
    Assistant United States Attorney
    131 Clayton Street
    Montgomery, Alabama 36104
    Telephone: (334) 223-7280
    Fax: (334) 223-7135

THE FRONT OF THIS DOCUMENT IS PINK · THE BACK OF THIS DOCUMENT IS BLUE AND HAS AN ARTIFICIAL WATERMARK · HOLD AT AN ANGLE TO VIEW

# ALABAMA
## Center for Health Statistics

# ALABAMA
### CERTIFICATE OF DEATH

State File Number: 08-17715
County File Number: 101

| # | Field | Value |
|---|---|---|
| 1 | DECEASED—NAME (First, Middle, Last) | STANLEY PHILLIP SARGENT |
| 2 | DATE OF DEATH | MAY 17, 2008 |
| 3 | COUNTY OF DEATH | MONTGOMERY |
| 4 | CITY, TOWN, OR LOCATION OF DEATH AND ZIP CODE | MONTGOMERY 36106 |
| 5 | INSIDE CITY LIMITS | YES |
| 6 | PLACE OF DEATH | JACKSON HOSPITAL |
| 7 | IF HOSPITAL | INPATIENT |
| 8 | OF HISPANIC ORIGIN | NO |
| 9 | RACE | WHITE |
| 10 | SEX | MALE |
| 11 | AGE | 60 YRS |
| 13 | DATE OF BIRTH | 1948 |
| 15 | EDUCATION | 12 |
| 16 | MARITAL STATUS | MARRIED |
| 17 | SURVIVING SPOUSE | GLORIA WERNER |
| 18 | Armed Forces | YES |
| 19 | STATE OF BIRTH | GEORGIA |
| 20 | RESIDENCE—STATE | ALABAMA |
| 21 | COUNTY | MONTGOMERY |
| 22 | CITY, TOWN, OR LOCATION AND ZIP CODE | MONTGOMERY 36106 |
| 23 | INSIDE CITY LIMITS | YES |
| 25 | INFORMANT | GLORIA SARGENT, CLINTON, IOWA |
| 26 | USUAL OCCUPATION | PROGRAMMER ANALYST |
| 27 | KIND OF BUSINESS | QBE REGIONAL INS. |
| 28 | FATHER—NAME | LUTHER CLAYTON SARGENT |
| 29 | MAIDEN NAME OF MOTHER | MARTHA BEATRICE BUFORD |
| 30 | DISPOSITION OF BODY | CREMATION |
| 31 | DATE OF DISPOSITION | MAY 20, 2008 |
| 32 | CEMETERY OR CREMATORY | SOUTHERN MEMORIAL |
| 33 | LOCATION | MONTGOMERY, AL |
| 34 | FUNERAL HOME | SOUTHERN MEMORIAL, MONTGOMERY, AL |
| 36 | DATE SIGNED BY FUNERAL DIRECTOR | MAY 24, 2008 |
| 37 | Certifying Physician | (signed) |
| 38 | DATE SIGNED | 05/18/2008 |
| 39 | TIME AND DATE OF DEATH | 2044  05/17/2008 |
| 41 | NAME AND TITLE OF PERSON WHO COMPLETED CAUSE OF DEATH | RONALDO V. DE JESUS |
| 42 | ADDRESS | 1725 PINE ST MONTGOMERY AL 36106 |
| 43 | CERTIFIER LICENSE NUMBER | 18352 |
| 44 | REGISTRAR | Dorothy S. Harshbarger |
| 45 | DATE FILED | MAY 28 2008 |

## MEDICAL CERTIFICATION

46. PART I.
- IMMEDIATE CAUSE: RESPIRATORY FAILURE
- DUE TO: IDIOPATHIC PULMONARY FIBROSIS

47. PART II. Other significant conditions: ATRIAL FIBRILLATION, DIABETES MELLITUS

49. MANNER OF DEATH: NATURAL CAUSE

Date filed: MAY 28 2008
ADPH-HS 2/Rev. 11-83

This is a legal record and must be filed within five (5) days after death.

---

I, Dorothy S. Harshbarger, State Registrar of Health Statistics, certify this is a true and exact copy of the original certificate filed in the Center for Health Statistics, State of Alabama, Department of Public Health, Montgomery, Alabama, and have caused the official seal of the Center for Health Statistics to be affixed. 2008-309-140-6

June 26, 2008

Dorothy S. Harshbarger, State Registrar

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:08cr63-WKW |
| ) | |
| STANLEY SARGENT ) | |

**O R D E R**

Upon consideration of the Motion for Leave to Dismiss the Indictment filed on March 14, 2008, heretofore filed in the above styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby is granted. It is, therefore, CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that said motion be and the same is hereby granted.

DONE this ____ day of August, 2008.

                                                                                    _____
                                                                                    UNITED STATES DISTRICT JUDGE

**DISMISSAL OF INDICTMENT**

Comes now the United States of America with leave of the Court first had and obtained and dismisses the Indictment heretofore filed on March 14, 2008, in the above styled cause.

                                                                                    Respectfully submitted,

                                                                                    LEURA GARRETT CANARY
                                                                                    UNITED STATES ATTORNEY


                                                                                    /s/ Christopher A. Snyder
                                                                                    CHRISTOPHER A. SNYDER
                                                                                    Assistant United States Attorney
                                                                                    131 Clayton Street
                                                                                    Montgomery, Alabama 36104
                                                                                    Telephone: (334) 223-7280