IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CR. NO. 2:08cr63-WKW |
| ) | |
| STANLEY SARGENT ) | |

### ORDER

Upon consideration of the Motion for Leave to Dismiss Indictment (Doc. # 23) and for good cause shown, it is ORDERED that the motion is GRANTED.

DONE this 8th day of August, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE

### DISMISSAL OF INDICTMENT

Comes now the United States of America with leave of the Court first had and obtained and dismisses the Indictment heretofore filed on March 14, 2008, in the above styled cause.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Christopher A. Snyder
CHRISTOPHER A. SNYDER
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Telephone: (334) 223-7280